**Opinion issued November 7, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00916-CV**

———————————

## IN RE PURPLE ZONE AUTO BROKERS, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Purple Zone Auto Brokers, LLC, has filed a petition for writ of mandamus challenging an order denying its motion to designate an unknown responsible third party under Section 33.004(j) of the Texas Civil Practice and Remedies Code.[1] We deny the petition.

### PER CURIAM

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1] The underlying case is *Victor Sanchez Abundiz and Victor Sanchez Gomez v. Shafi Mustafa Khalifa James and Purple Zone Auto Brokers, L.L.C.*, cause number 2021-55505, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.